**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DAVID R. SILVA, | ) | NO. ED CV 14-2150-PSG(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| SHERIFF'S DEPUTY GALINDO, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 01/15/15,

_____
PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE